**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| THE BILTMORE BANK OF ARIZONA, an Arizona corporation, | ) ) ) | No. CV06-2028-PHX-ROS |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| STEWART TITLE GUARANTY COMPANY, et al., | ) ) ) | |
| Defendants. | ) ) | |

The Court having considered the parties' Stipulation of Dismissal as to Defendants Stewart Title Guaranty Company and Stewart Title North Texas, Inc. Only, and good cause appearing thereon,

**IT IS ORDERED** that Defendants Stewart Title Guaranty Company and Stewart Title North Texas, Inc. shall be, and hereby are, dismissed with prejudice from the above-captioned action pursuant to the parties' June 27, 2007 agreement.  Each party shall bear its own attorney fees and costs.

Dated this 8th day of August, 2007.

_____
Roslyn O. Silver
United States District Judge